UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ10-369 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ZACHARY ADAM FOSTER, | |
| Defendant. | |

Offenses charged:

    Count 1:    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: September 14, 2010

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has a lengthy criminal history.

    2.    Defendant has substantial mental health issues.

    3.    Defendant was on bond at the time of the offense alleged in this cases.

    4.    There appear to be no conditions or combination of conditions other than detention that will reasonably address the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of September, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge